1  JENNIFER INSLEY MICHERI, ESQ.
   Nevada Bar No. 10089
2  jinsley-micheri@dennettwinspear.com
   **DENNETT WINSPEAR, LLP**
3  3301 N. Buffalo Drive, Suite 195
   Las Vegas, Nevada 89129
4  Telephone:   (702) 839-1100
   Facsimile:    (702) 839-1113
5  *Attorneys for Defendant,*
   *United Financial Casualty Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JASON LEWIS MANN, an individual,

                      Plaintiff,

vs.

PROGRESSIVE COMMERCIAL CASUALTY COMPANY; UNITED FINANCIAL CASUALTY COMPANY; DOE INDIVIDUALS I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,

                      Defendants.

CASE NO:   2:25-cv-01208-ART-MDC

**STIPULATION AND ORDER TO AMEND THE CAPTION**

    IT IS HEREBY STIPULATED by and between JOEL S. HENGSLTER, ESQ., of the law firm of THE702FIRM attorneys for Plaintiff, JASON LEWIS MANN, JENNIFER INSLEY MICHERI, ESQ, of the law firm of DENNETT WINSPEAR, LLP, attorneys for Defendant, UNITED FINANCIAL CASUALTY INSURANCE, that the caption of the within matter shall be

…

…

…

…

…

amended to remove PROGRESSIVE COMMERCIAL CASUALTY COMPANY, as a named Defendant, with amended caption to reflect the appropriate entity for the Policy at issue, UNITED FINANCIAL CASUALTY.

DATED this 24th day of October, 2025.

**THE702FIRM**

By /s/ Joel S. Hengslter
JOEL S.HENGSLTER, ESQ.
Nevada Bar No. 11597
8335 West Flamingo Road
Las Vegas, Nevada 89147
**Attorneys for Plaintiff,
Jason Lewis Mann**

DATED this 24th day of October, 2025.

**DENNETT WINSPEAR, LLP**

By /s/ Jennifer Insley Micheri
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
**Attorneys for Defendant,
United Financial Casualty Insurance**

## ORDER

UPON STIPULATION OF COUNSEL and good cause appearing,

IT IS HEREBY ORDERED that the caption in the above order shall be amended to reflect that the only defendant remaining in the case is UNITED FINANCIAL CASUALTY COMPANY.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

Dated: October 28, 2025

Submitted by:

**DENNETT WINSPEAR, LLP**

By /s/ Jennifer Insley Micheri
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
**Attorneys for Defendant,
United Financial Casualty Company**

2