JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
jinsley-micheri@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:      (702) 839-1100
Facsimile:      (702) 839-1113
***Attorneys for Defendant,***
***United Financial Casualty Company***

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON LEWIS MANN, an individual,<br><br>                                              Plaintiff,<br><br>vs.<br><br>UNITED FINANCIAL CASUALTY COMPANY;<br>DOE INDIVIDUALS I through X, inclusive; and<br>ROE BUSINESS ENTITIES I through X,<br>inclusive,<br><br>                                              Defendants. | CASE NO:   2:25-cv-01208-ART-MDC<br><br>**STIPULATION AND ORDER TO EXTEND**<br>**DISCOVERY (FIRST REQUEST)** |

Pursuant to the Court's Local Rule 26-3, Plaintiff Jason Lewis Mann, by and through his counsel of record, Joel Hengstler, Esq., of the Bowen Law Offices; and Defendant United Financial Casualty Company (hereinafter "United Financial"), by and through its counsel of record, Jennifer Insley Micheri, Esq., of the law firm of Dennett Winspear, LLP, respectfully move the Honorable Magistrate Judge for an Order continuing Discovery and submit the instant Stipulation in accordance with LR 6-1 and LR 26-4.  The parties have conferred and agree that an extension of discovery is both necessary and warranted. This request contains basis to extend for good cause.

The parties met and conferred on July 21, 2025 pursuant to FRCP 26(f). The parties have exchanged their respective FRCP Productions, and supplements thereto.  A proposed stipulated discovery plan and scheduling order was presented to the Court, and the Court issued its Order Approving Discovery Plan on July 28, 2025 [Doc 7].  Thereafter, on October 28, 2025, the Caption was corrected to the proper Defendant entity.

Defendant has propounded written discovery upon Plaintiff, which has been responded to. The parties have engaged in initial discovery and will work to complete party depositions, as well as initial expert discovery following upcoming mediation in this case currently scheduled for April 3, 2026.   Given the current settlement efforts, and pending mediation, the party seek a short extension of the relevant discovery dates in order to conserve party costs, pending mediation and hopeful resolution of the dispute.   Should mediation not be successful the parties will complete timely discovery, including expert discovery and possible Rule 35 examination of Plaintiff.

The parties respectfully request an extension of the current discovery dates.

An extension of time for discovery is necessary and good cause exists for the extension pursuant to Local Rule 26-4.   Pursuant to that Rule, the parties submit the following:

The parties hereby request that the close of discovery in this matter be continued for ninety days (90) days. This Stipulation is supported by good cause, and the request to extend the date for close of discovery was submitted prior to twenty-one days before the close of discovery.

Since the Court issued its Order Approving Discovery Plan [Doc 7], the parties have worked diligently to complete discovery, and continue to obtain documents and records in support of Plaintiff's claims.   However, given the pending mediation date and possibility of settlement, the parties seek a short continuance of discovery to meaningfully explore the possibility of settlement of all plaintiff's claims, before additional discovery efforts become necessary.   Ultimately, the parties have exchanged documents and written discovery, however, require additional time in order to obtain additional records, set depositions of parties, and experts following receipt of necessary foundational discovery, and pending ongoing settlement discussions and pending mediation.   The parties are now working to complete necessary discovery, but require time in which to do so.

An extension is also warranted and good cause exists because the parties have been diligent in efforts to obtain relevant records, and documents but has not yet received all of the records sought, and to enable the parties to gather evidence necessary in which to support any request for dispositive relief in this matter, and so that the parties may adequately prepare their case in anticipation of trial.

2

The parties are requesting an extension of the close of discovery so testimony of relevant experts and party representatives may be obtained and expert reporting completed, as well as pending mediation prior to additional costly expert discovery.

This Stipulation and request for extension of the close of discovery is made more than twenty-one (21) days before the expiration of the deadline for discovery in this case, and initial expert disclosure deadline which is currently May 8, 2025.  This date is approximately one month after the April 3, 2026 mediation date, so the parties respectfully request a short extension, in the event such discovery may not be necessary should the matter settle, and in order to conserve party and judicial resources.

**(a)    DISCOVERY THAT HAS BEEN COMPLETED:**

Counsel for the respective parties participated in a discovery planning conference pursuant to Fed.R.Civ.P. 26(f).  Lists of witnesses and document productions were thereafter exchanged by and between the parties.

Defendant propounded written discovery on Plaintiff and Plaintiff served responses. Documents and reports have been subpoenaed, and some of the reports have been obtained, with anticipated additional documents to be obtained, followed by initial expert discovery, and depositions. The parties are currently working to obtain necessary documents, set necessary depositions, and complete expert discovery, following mediation should it become necessary.

**(b)    DISCOVERY THAT REMAINS TO BE COMPLETED PURSUANT TO LR 26-3(b):**

The parties are currently in the process of obtaining necessary documents and reporting regarding the incident that gave rise to Plaintiff's claims at issue, conducting additional written and factual discovery, followed by depositions of parties, and experts.  Additionally, the parties anticipate potentially conducting additional expert discovery, and additional factual and expert discovery and depositions.

Despite the fact that the parties have worked together to complete this necessary discovery and set depositions, the discovery and depositions have not yet been completed.

**(c)   REASONS DISCOVERY WILL NOT BE COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY PLAN:**

Further time is necessary in order for Defendant to obtain necessary reports and documents and so that the parties may explore the potential for settlement at the April 3, 2026 mediation, and have ample time to complete necessary initial expert discovery prior to the initial expert deadline (currently 5/8//26) should the mediation not prove successful, and so the parties may complete party and expert discovery and depositions, should it become necessary.

Counsel is working together to complete necessary remaining discovery, but require additional time in which to do so.

**(d)   PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY**:

The parties hereby stipulate and request that discovery dates in this matter be continued for an additional (90) days.

| CURRENT DATE | PROPOSED DATE |
| --- | --- |
| Close of Discovery:  July 7, 2026 | October 5, 2026 |
| Amend Pleadings/add parties: April 8, 2026 | July 7, 2026 |
| Expert Disclosures: May 8, 2026 | August 6, 2026 |
| Rebuttal Experts: June 8, 2026 | September 7, 2026[1] |
| Dispositive Motions:  August 6, 2026 | November 4, 2026 |
| Pre-Trial Order:  September 5, 2026 | December 4, 2026 |

Dated: March 2, 2026                                Dated: March 2, 2026

**THE702FIRM**                                       **DENNETT WINSPEAR, LLP**

By:   /s/*Joel Hengstler*                           By:   /s/*Jennifer Insley Micheri*
    Joel Hengstler, Esq.                        Jennifer Insley Micheri, Esq.
    Nevada Bar Number 11597                     Nevada Bar Number 10089
    8335 West Flamingo Road                     3301 N. Buffalo Drive, Ste 195
    Las Vegas, NV 89147                         Las Vegas, Nevada 89129
    ***Attorneys for Plaintiff***                   ***Attorneys for Defendant***

---

[1] Deadline falls on Saturday, September 5, 2026, and is therefore relegated to Monday, September 7, 2026.

4

**ORDER**

Good cause appearing therefore, IT IS SO ORDERED.

DATED this __3rd__ day of __March__, 2026.

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

Submitted by:

**DENNETT WINSPEAR, LLP**

By: ___/s/_Jennifer Insley Micheri_
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
3301 N. Buffalo Drive, #195
Las Vegas, Nevada  89129
***Attorneys for Defendant***
***United Financial Casualty Company***