UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JASON LEWIS MANN, an individual,

Plaintiff,

vs.

UNITED FINANCIAL CASUALTY COMPANY; DOE INDIVIDUALS I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,

Defendants.

CASE NO:   2:25-cv-01208-ART-MDC

**ORDER GRANTING**

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between, Joel Hengstler, Esq., of the law firm of THE702FIRM, attorney for Plaintiff JASON LEWIS MANN  and Jennifer Insley Micheri, Esq., of the law firm of DENNETT WINSPEAR, LLP, attorney for Defendant United Financial Casualty Company, that the within matter be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

Dated: April 14, 2026

**THE702FIRM**

By: ___/s/*Joel Hengstler*_____
   Joel Hengstler, Esq.
   Nevada Bar Number 11597
   8335 West Flamingo Road
   Las Vegas, NV 89147
   *Attorneys for Plaintiff*

Dated: April 14, 2026

**DENNETT WINSPEAR, LLP**

By:___/s/*Jennifer Insley Micheri*____
   Jennifer Insley Micheri, Esq.
   Nevada Bar Number 10089
   3301 N. Buffalo Drive, Ste 195
   Las Vegas, Nevada 89129
   *Attorneys for Defendant*

ORDER

UPON STIPULATION OF COUNSEL and good cause appearing, this matter is dismissed, with prejudice, each party to bear their own attorney's fees and costs.  The Clerk of Court is directed to close the case.

DATED: April 14, 2026

_____

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

Submitted by:

**DENNETT WINSPEAR, LLP**

By:____/s/ *Jennifer Insley Micheri*
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
3301 N. Buffalo Drive, #195
Las Vegas, Nevada  89129
***Attorneys for Defendant***
***United Financial Casualty Company***